

# 08 CV 02555

Thomas A. Egan, Esq. (TE-0141)
Richard A. Williamson, Esq. (RW-3033)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500
Attorneys for Plaintiffs Crown Holdings, Inc., Crown
 Americas LLC and Foreign Manufacturers Finance
 Corporation



RECEIVED MAR 14 2008 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

CROWN HOLDINGS, INC., CROWN
AMERICAS LLC and FOREIGN
MANUFACTURERS FINANCE CORPORATION,

          Plaintiffs,

          -against-

ENVASES DEL PLATA S.A., ENVASES DEL
PILAR INVERSIONES S.A., DANIEL
RODRIGUEZ and JUAN DE DIOS RODRIGUEZ,

          Defendants.

----------------------------------------------------------------- x

: 08 CV     ( )

: ECF

: **RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Crown Holdings, Inc., Crown Americas LLC and Foreign Manufacturers Finance Corporation states that plaintiff Crown Holdings, Inc. is the parent corporation of plaintiff's Crown Americas LLC and Foreign Manufacturers Finance Corporation.

Crown Holdings, Inc. is publicly traded on the New York Stock Exchange. Plaintiffs have no other publicly traded parents, affiliates or subsidiaries.

Dated: New York, New York
       March 14, 2008

                FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
                Attorneys for Plaintiffs Crown Holdings, Inc., Crown Americas LLC and Foreign Manufacturers Finance Corporation

                By: /s/ Thomas A. Egan
                    Thomas A. Egan (TE-0141)
                    Richard A. Williamson (RW-3033)
                One Liberty Plaza
                New York, New York 10006-1404
                (212) 412-9500