Thomas A. Egan, Esq. (TE-0141)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
CROWN HOLDINGS, INC., CROWN         : 08 CV 02555 (JES)
AMERICAS LLC and FOREIGN            :
MANUFACTURERS FINANCE CORPORATION,  : ECF
:
        Plaintiffs,    :
:
     -against-          : **NOTICE OF VOLUNTARY**
: **DISCONTINUANCE**
ENVASES DEL PLATA S.A., ENVASES DEL :
PILAR INVERSIONES S.A., DANIEL      :
RODRIGUEZ and JUAN DE DIOS RODRIGUEZ, :
:
        Defendants.   :
:
------------------------------------------------------------ x

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims asserted by plaintiffs in this action are hereby voluntarily discontinued and dismissed.

Dated: New York, New York
       June 19, 2008

                   FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
                   Attorneys for Plaintiffs

                   By: _____
                       Thomas A. Egan (TE-0141)
                   One Liberty Plaza
                   New York, New York 10006-1404
                   (212) 412-9500

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]